## WINDHAM COUNTY, SEPTEMBER TERM, A. D. 1791.

### FITCH v. RIPLEY.

An action upon a note for money, is appealable, notwithstanding
  it hath two subscribing witnesses, if either or both, are dead,
  or become interested.

ERROR to reverse a judgment of the County Court, in an
action brought by Ripley v. Fitch, on a note for £200, which
had two subscribing witnesses, one of whom was dead.    The
County Court denied an appeal, because the note was for
money only and had two subscribing witnesses.

Error assigned — That an appeal ought to have been al-
lowed, as one of the witnesses was dead said note was not nor
could be vouched by two witnesses.

Judgment — Manifest error.    This point was decided in
the Supreme Court of Errors, May last, in the case of Barker
v. Coit; where one of the subscribing witnesses became in-
terested by the death of the promisee, it was determined that
an appeal lay.